UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY MOTLEY, | Case No. 3:21-cv-00034-MMD-WGC |
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

**I.   DISCUSSION**

Plaintiff, a former inmate in the custody of the Nevada Department of Corrections, has filed two applications to proceed *in forma pauperis* for prisoners. (ECF Nos. 1, 4.) However, Plaintiff has updated his address, indicating that he is no longer incarcerated. (ECF No. 3.) Accordingly, the Court denies the applications to proceed *in forma pauperis* for prisoners as moot because Plaintiff is no longer incarcerated.

The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this order or pay the $402 filing fee in full. If Plaintiff fails to file an application to proceed *in forma pauperis* by a non-prisoner or pay the $402 filing fee within thirty (30) days, this case will be subject to dismissal without prejudice.

**II.   CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff's applications to proceed *in forma pauperis* for prisoners (ECF Nos. 1, 4) are DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

1  IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order,
2  this case will be subject to dismissal without prejudice.

4  DATED THIS __16th__ day of September 2021.

*William G. Cobb*
UNITED STATES MAGISTRATE JUDGE